GREENBERG TRAURIG, LLP
WILLIAM J. GOINES (SBN 061290)
KAREN ROSENTHAL (SBN 209419)
CINDY HAMILTON (SBN 217951)
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant American Express
Travel Related Services Company, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUPPORTSOFT, INC.<br><br>            Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a corporation; and DOES 1 through 20,<br><br>            Defendants. | Case No. C 07-00061 MJJ<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER**<br>**[ND CA Rule 6-1(a)]** |

//

//

//

//

//

//

//

//

//

Plaintiff SupportSoft, Inc. ("SupportSoft") and Defendant American Express Travel Related Services Company, Inc. ("AmEx"), by and through their respective counsel, and, pursuant to Northern District of California Local Rule 6-1(a), hereby stipulate that AmEx shall have up to and including March 5, 2007 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED: January 31, 2007.  GREENBERG TRAURIG, LLP

By   /s/ Karen Rosenthal
William J. Goines
Cindy Hamilton
Karen Rosenthal
Attorneys for American Express Travel Related Services Company, Inc.

DATED: January 31, 2007.  KAY & TAWASHA LLP

By   /s/ Randall E. Kay
Randall E. Kay, Esq.
Attorneys for Plaintiff SupportSoft, Inc.

I, Karen Rosenthal, am the ECF User whose ID and password are being used to file this Stipulation Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint. In compliance with General Order 45, X.B., I hereby attest that the above-signed counsel have concurred in this filing.

Dated: January 31, 2007.   /s/ Karen Rosenthal
Karen Rosenthal

**GRANTED**
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
2/5/2007

STIPULATION EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT

SV 346124149v1