E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUPPORTSOFT, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a corporation; and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. C 07-00061 MJJ<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

　　　Based on the stipulation of Plaintiff SupportSoft, Inc. and Defendant American Express Travel Related Services Company, Inc. ("AmEx"), by and through their respective counsel,

　　　IT IS HEREBY ORDERED THAT AmEx shall have up to and including March 12, 2007 to answer or otherwise respond to Plaintiff's Complaint.

Dated: March 2, 2007

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge Martin J. Jenkins
　　　　　　　　　　　　　　　　　　　　　　　　United State District Judge

PROPOSED ORDER RE EXTENSION

SV 346132474v1