GREENBERG TRAURIG, LLP
WILLIAM J. GOINES (SBN 061290)
KAREN ROSENTHAL (SBN 209419)
CINDY HAMILTON (SBN 217951)
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant American Express
Travel Related Services Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUPPORTSOFT, INC. | Case No. C 07-00061 MJJ |
| Plaintiff, | |
| v. | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a corporation; and DOES 1 through 20, | **[ND CA Rule 6-1(a)]** |
| Defendants. | |

   WHEREAS Plaintiff SupportSoft, Inc. ("SupportSoft") and Defendant American Express Travel Related Services Company, Inc. ("AmEx") (collectively, the "Parties"), have been engaged in intense and productive settlement negotiations for the last several weeks, and

   WHEREAS the Parties appear to have reached agreement in concept, and

   WHEREAS the Parties have been actively drafting settlement documents and are hopeful that they will be able to finalize a settlement agreement prior to the April 10 case management conference;

//

THEREFORE, the parties, by and through their respective counsel, and, pursuant to Northern District of California Local Rule 6-1(a), hereby stipulate that AmEx shall have up to and including March 23, 2007 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED: March 9, 2007.          GREENBERG TRAURIG, LLP


By     /s/ Karen Rosenthal
   William J. Goines
   Cindy Hamilton
   Karen Rosenthal
   Attorneys for American Express Travel Related
   Services Company, Inc.

DATED: March 9, 2007.          KAY & TAWASHA LLP


By     /s/ Randall E. Kay
   Randall E. Kay, Esq.
   Attorneys for Plaintiff SupportSoft, Inc.

I, Karen Rosenthal, am the ECF User whose ID and password are being used to file this Stipulation Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint. In compliance with General Order 45, X.B., I hereby attest that the above-signed counsel have concurred in this filing.

Dated: March 9, 2007.                    /s/ Karen Rosenthal
                                        Karen Rosenthal

IT IS SO ORDERED
Judge Martin J. Jenkins

DATED: March 13, 2007