1  GREENBERG TRAURIG, LLP
   WILLIAM J. GOINES (SBN 061290)
2  KAREN ROSENTHAL (SBN 209419)
   CINDY HAMILTON (SBN 217951)
3  1900 University Avenue, Fifth Floor
   East Palo Alto, CA 94303
4  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508

Attorneys for Defendant American Express
Travel Related Services Company, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SUPPORTSOFT, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a corporation; and DOES 1 through 20,<br><br>　　　　　Defendants. | Case No. C 07-00061 MJJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

//

//

//

//

//

//

//

//

STIPULATION OF DISMISSAL WITH PREJUDICE

*NJ 226160491v1 3/1/2007*

Plaintiff SupportSoft, Inc. ("SupportSoft") and Defendant American Express Travel Related Services Company, Inc. ("AmEx"), by and through their respective counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that the above-captioned action be, and hereby is, dismissed as to the entire action with prejudice and without costs to any party.

IT IS SO STIPULATED.

DATED:  March 23, 2007.          GREENBERG TRAURIG, LLP


                                 By    /s/ Karen Rosenthal
                                     William J. Goines
                                     Cindy Hamilton
                                     Karen Rosenthal
                                     Attorneys for American Express Travel Related
                                     Services Company, Inc.

DATED:  March 23, 2007.          KAY & TAWASHA LLP


                                 By    /s/ Randall E. Kay
                                     Randall E. Kay, Esq.
                                     Attorneys for Plaintiff SupportSoft, Inc.


I, Randall E. Kay, am the ECF User whose ID and password are being used to file this Stipulation for Dismissal With Prejudice. In compliance with General Order 45, X.B., I hereby attest that the above-signed counsel have concurred in this filing.

Dated:  March 23, 2007.                      /s/ Randall E. Kay
                                             Randall E. Kay



IT IS SO ORDERED
Judge Martin J. Jenkins
03/27/07

STIPULATION OF DISMISSAL WITH PREJUDICE

NJ 226160491v1 3/1/2007